**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**STATE FARM FIRE AND CASUALTY**                          **PLAINTIFF**
**COMPANY as subrogee of Earl Hall**

**V.**                                      **NO. 4:22-CV-12-DMB-JMV**

**WHIRLPOOL CORPORATION and**
**BESTWAY RENTALS, INC.**                          **DEFENDANTS**

## <u>ORDER</u>

On April 25, 2023, the parties in this products liability action jointly moved for "a final order dismissing this matter with prejudice and with each party bearing its own fees and costs." Doc. #51 at 1. As cause, they represent that the plaintiff "has agreed to dismiss its claims following examination and testing of the product at issue in this case." *Id.*

Based on the parties' joint request for dismissal, the motion [51] is **GRANTED**. This case is **DISMISSED with prejudice** with each party bearing its own fees and costs.

**SO ORDERED**, this 26th day of April, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**