IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**STATE FARM FIRE AND CASUALTY**                                           **PLAINTIFF**
**COMPANY as subrogee of Earl Hall**

**V.**                                                                   **NO. 4:22-CV-12-DMB-JMV**

**WHIRLPOOL CORPORATION and**
**BESTWAY RENTALS, INC.**                                                 **DEFENDANTS**

## JUDGMENT

      In accordance with the order entered this day, this case is dismissed with prejudice, with each party bearing its own fees and costs.

      **SO ORDERED**, this 26th day of April, 2023.

                                                          /s/Debra M. Brown
                                                          **UNITED STATES DISTRICT JUDGE**